```
 1  KAREN P. HEWITT
    United States Attorney
 2  NICOLE ACTON JONES
    Assistant U.S. Attorney
 3  California State Bar No. 231929
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5482/(619) 235-2757 (Fax)
    Email: nicole.jones@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8                          UNITED STATES DISTRICT COURT

 9                         SOUTHERN DISTRICT OF CALIFORNIA

10
                                                ) Criminal Case No. 07CR3208-BEN
11   UNITED STATES OF AMERICA,                  )
                                                )
12                          Plaintiff,          )
                                                ) NOTICE OF APPEARANCE
13                    v.                        )
                                                )
14   RAUL ARREOLA-MONTES,                       )
                                                )
15                          Defendant.          )
                                                )
16
    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
17
        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.
18
        I certify that I am admitted to practice in this court or authorized to practice under CivLR
19
    83.3.c.3-4.
20
        The following government attorneys (who are admitted to practice in this court or authorized
21
    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
22
    counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to
23
    activity in this case:
24
        <u>Name</u> (If none, enter "None" below)
25
            None
26

27

28

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   <u>Name</u> (If none, enter "None" below)
6     None

7   Please call me if you have any questions about this notice.

8
9   DATED: December 3, 2007.
               Respectfully submitted,

10                 KAREN P. HEWITT
               United States Attorney

11
               s/ ***Nicole Acton Jones***
12                 NICOLE ACTON JONES
               Assistant United States Attorney
13                 Attorneys for Plaintiff
               United States of America
14                 Email: nicole.jones@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3208-BEN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| RAUL ARREOLA-MONTES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, NICOLE JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gerald T. McFadden

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2007.

s/ *Nicole Acton Jones*
NICOLE ACTON JONES

3