GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmfadden@hotmail.com

Attorney for Defendant
RAUL ARREOLA-MONTES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 07CR3208-BEN |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTIONS AND MOTIONS |
| | ) | FOR DISCOVERY, FOR LEAVE TO FILE |
| v. | ) | FURTHER MOTIONS AND A FURTHER |
| | ) | HEARING DATE |
| RAUL ARREOLA-MONTES, | ) | |
| | ) | |
| Defendant. | ) | NCD:  January 22, 2008 |
| _____ | ) | at 2:00 p.m. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
       NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Tuesday, January 22, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, RAUL ARREOLA-MONTES, through his appointed counsel, Gerald T. McFadden, will bring the following motions.

**MOTIONS**

The defendant, RAUL ARREOLA-MONTES, by and through his appointed counsel, Gerald T. McFadden, and pursuant to the provisions of Rules 12 and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the United States' Constitution, hereby moves this Court: for discovery; for leave to file further pretrial motions and a further hearing date.

These motions are based upon the instant motions and notice of motions, the attached

///

1

1 statement of facts and points and authorities in support of these motions, and any and all matters that
2 may come to the Court's attention prior to or at the time of the hearing of these motions.
3                                      Respectfully submitted,
4
5 Dated: January 8, 2008                   s/Gerald T. McFadden
                                                   GERALD T. McFADDEN, Attorney for
6                                            Defendant RAUL ARREOLA-MONTES
                                           E-mail: gtmcfadden@hotmail.com