1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                      (HON. ROGER T. BENITEZ)

11 UNITED STATES OF AMERICA,    )   Crim. Case No. 07CR3208-BEN
                                )
12              Plaintiff,      )   CERTIFICATE OF SERVICE
                                )
13 v.                           )
                                )
14 RAUL ARREOLA-MONTES,         )
                                )
15              Defendant.      )   NCD: January 22, 2008
   _____ )          at 2:00 p.m.
16

17 IT IS HEREBY CERTIFIED THAT:

18      I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 2366 Front Street, San Diego, California 92101.
19
        I am not a party to the above-entitled action.  I have caused service of the NOTICE OF
20 MOTIONS AND MOTIONS FOR DISCOVERY, FOR LEAVE TO FILE FURTHER MOTIONS AND FURTHER HEARING DATE, and CERTIFICATE OF SERVICE on the following parties by
21 electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.
22
        1.    Assistant United States Attorney NICOLE A. JONES.
23

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on January 8, 2008

26                                          s/Gerald T. McFadden
                                            GERALD T. McFADDEN, Attorney for
27                                          Defendant RAUL ARREOLA MONTES
                                            E-mail: gtmcfadden@hotmail.com
28