**ORIGINAL**

1 | KAREN P. HEWITT
United States Attorney
2 | NICOLE ACTON JONES
Assistant U.S. Attorney
3 | California State Bar No. 231929
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-5482
E-mail: nicole.jones@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

**FILED**
08 JAN 15 PM 2:34

**NUNC PRO TUNC** CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JAN - 8 2008
BY: _____ DEPUTY

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3208-BEN |
|  Plaintiff, | ) |
|   | ) GOVERNMENT'S MOTION FOR: |
| v. | ) (1) FINGERPRINT EXEMPLARS |
|   | ) (2) RECIPROCAL DISCOVERY |
| RAUL ARREOLA-MONTES, | ) TOGETHER WITH STATEMENT OF FACTS |
|   | ) AND MEMORANDUM OF POINTS AND |
|   | ) AUTHORITIES |
|  Defendant. | ) |
|   | ) Date: January 22, 2008 |
|   | ) Time: 2:00 p.m. |
|   | ) Court: The Hon. Roger T. Benitez |

       COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Acton Jones, Assistant United States Attorney, and hereby files its Motion for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//
//
//
//

I

## STATEMENT OF THE CASE

On November 28, 2007, a federal grand jury in the Southern District of California returned a one-count Indictment charging defendant Raul Arreola-Montes ("Defendant") with Deported Alien Found in the United States, in violation of Title 8, United States Code, Section 1326. On December 5, 2007, Defendant was arraigned on the Indictment and entered a plea of not guilty.

II

## STATEMENT OF FACTS

### A. DEFENDANT'S APPREHENSION

On September 2, 2007, at approximately 6:30 p.m. Border Patrol Agent Carrillo responded to a citizen's report at Matolla's Ranch on the Madre Grande Truck Trail (a location approximately six miles west and 5 miles north of the Tecate Port of Entry). Upon arriving at the ranch, Agent Carrillo encountered a single individual, who was later identified as Defendant Arreola-Montes. Agent Carrillo identified himself as a Border Patrol Agent and conducted an immigration interview. Defendant admitted he was a Mexican citizen and that he did not have documents allowing him to be in the United States legally.

At the station, Defendant's biographical information, fingerprints and photograph were entered into the IDENT and IAFIS computer databases, which revealed Defendant's criminal and immigration history. On September 3, 2007, at about 12:52 p.m., Agent Gonzalez advised Defendant of his Miranda rights in the Spanish language. Defendant elected to waive his rights and make a statement. Defendant admitted to being a citizen of Mexico and that he had previously been deported. Defendant stated he entered the United States by walking through the mountains near Tecate, California. Defendant admitted he did not ask for or receive permission to reenter the United States. Defendant stated he was going to Los Angeles.

### B. DEFENDANT'S CRIMINAL AND IMMIGRATION HISTORY

On August 7, 2006, Defendant was convicted in the Superior Court of California, County of San Francisco, of violating HS 11378 – Possession of a Controlled Substance for Sale. Defendant was sentenced to 16 months in custody.

On August 31, 2005, Defendant was convicted in the Superior Court of California, County of Contra Costa, of violating HS 11378 – Possession of a Controlled Substance for Sale (based on a 2004 offense) and HS 11350 - Possession of Controlled Substance (based on a 2002 offense). Defendant was sentenced to 16 months in custody on each count, to run concurrently.

On April 26, 2004, Defendant was convicted in the Superior Court of California, County of Contra Costa, of violating VC 14601.2(a) – Driving with a Suspended License. Defendant received 2 years probation. On January 9, 2002, Defendant was convicted in the Superior Court of California, County of Contra Costa, of violating VC 23152(a) – DUI. Defendant received 3 years probation.

Defendant appeared before an Immigration Judge for a deportation hearing on March 1, 2007 Defendant was physically removed from the United States through the Calexico, California Port of Entry on March 5, 2007.

## III

### UNITED STATES' MOTIONS TOGETHER WITH MEMORANDUM OF POINTS AND AUTHORITIES

**A.  FINGERPRINT EXEMPLARS**

The United States requests that the Court order that Defendant make himself available for fingerprinting by the United States' fingerprint expert. See United States v. Ortiz-Hernandez, 427 F.3d 567, 576-77 (9th Cir. 2005) (Government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution). The privilege against self-incrimination only applies to testimonial evidence. See Schmerber v. California, 384 U.S. 757, 761 (1966) (withdrawal of blood is not testimonial). Identifying physical characteristics, including fingerprints, are not testimonial in nature and the collection and use of such evidence does not violate Defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969).

**B.  RECIPROCAL DISCOVERY**

The Government has and will continue to fully comply with its discovery obligations. To date, the Government has provided Defendant with 133 pages of discovery, four audio tapes and one DVD. The Government has allowed defense counsel to review Defendant's A-file and the Government has provided Defendant with audio tapes of his deportation proceeding. Furthermore, the Government will

request that the arresting agency preserve any evidence the Government intends to introduce in its case-in-chief or that may be material to the defense. The Government moves the Court to order Defendant to provide all reciprocal discovery to which the United States is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV
## CONCLUSION

For the foregoing reasons, the Government respectfully requests that its motions be granted.

DATED: January 8, 2008.

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

/s/ NICOLE ACTON JONES
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RAUL ARREOLA-MONTES,<br><br>           Defendant. | Criminal Case No. 07CR3208-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Leticia Granada, am a citizen of the United States over the age of 18 years and a resident of Riverside County, California; my business address is 880 Front Street, Room 6293 San Diego, California 92101-8893; I am not a party to the above-entitled action, I deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of: **GOVERNMENT'S MOTION FOR: (1) FINGERPRINT EXEMPLARS; and (2) RECIPROCAL DISCOVERY TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES**

to:    Gerald T. McFadden, Esq.
        2366 Front Street
        San Diego, CA 92101

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2008.

                                                  Leticia Granada