**ORIGINAL**

KAREN P. HEWITT
United States Attorney
NICOLE A. JONES
Assistant U.S. Attorney
California State Bar No. 231929
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5482 / (619) 235-2757 (Fax)
Email: Nicole.Jones@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
08 JAN 15 PM 2:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3208-BEN |
|---|---|
| Plaintiff, | ) NOTICE OF NON-COMPLIANCE |
| v. | ) |
| RAUL ARREOLA-MONTES, | ) |
| Defendant. | ) |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, Nicole A. Jones, Assistant United States Attorney, hereby files this Notice of Non-Compliance in the above-referenced case. The attached Government's motions are being filed in hard copy with the U.S. District Court due to an interruption in internet service at the U.S. Attorney's Office, and further, the Electronic Case Filing system is currently not available.

DATED: January 8, 2008.

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

_for_ NICOLE A. JONES
Assistant U.S. Attorney