GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmfadden@hotmail.com

Attorney for Defendant
RAUL ARREOLA-MONTES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROBERT T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 07CR3208-BEN |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE MOTION HEARING |
| RAUL ARREOLA-MONTES, | |
| Defendant. | |

Additional time being necessary in preparation for pretrial motions, IT IS HEREBY AGREED BETWEEN THE PARTIES, Gerald T. McFadden, counsel for RAUL ARREOLA-MONTES, along with Assistant United States Attorney Nicole A. Jones, that the pretrial motion hearing scheduled for January 22, 2008, at 2:00 p.m. be continued until February 25, 2008, at 2:00 p.m.  There is a discovery motion on file and the date has already been cleared with the courtroom deputy.

Dated: January 17, 2008          /s/ Gerald T. McFadden
                                 GERALD T. McFADDEN
                                 Attorney for Defendant RAUL ARREOLA-MONTES
                                 gtmfadden@hotmail.com

Dated: January 17, 2008          /s/ Nicole A. Jones
                                 NICOLE A. JONES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff UNITED STATES OF AMERICA
                                 Nicole.Jones@usdoj.gov