1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA 92101
3  (619) 338-0507
   E-mail: gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                        (HON. ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,   )   Crim. Case No. 07CR3208-BEN
                                )
12              Plaintiff,      )   CERTIFICATE OF SERVICE
                                )
13  v.                          )
                                )
14  RAUL ARREOLA-MONTES,        )
                                )
15              Defendant.      )   NCD: February 25, 2008
    _____)         at 2:00 p.m.
16

17  IT IS HEREBY CERTIFIED THAT:

18      I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years of age. My business address is 2366 Front Street, San Diego, California 92101.
19
        I am not a party to the above-entitled action. I have caused service of the NOTICE OF
20  MOTIONS AND MOTIONS TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS, AND FOR LEAVE TO FILE FURTHER PRETRIAL MOTIONS AND FURTHER HEARING DATE;
21  STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS; DECLARATION OF DEFENDANT REGARDING MOTION TO SUPPRESS; and CERTIFICATE
22  OF SERVICE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.
23

24      1.    Assistant United States Attorney NICOLE ACTON JONES.

25      I declare under penalty of perjury that the foregoing is true and correct.

26      Executed on February 11, 2008.

27                              s/Gerald T. McFadden
                                GERALD T. McFADDEN, Attorney for
28                              Defendant RAUL ARREOLA-MONTES
                                E-mail: gtmcfadden@hotmail.com