1   GERALD T. McFADDEN (SBN 87446)
    Attorney at Law
2   2366 Front Street
    San Diego, CA  92101
3   (619) 338-0507
    E-mail:  gtmfadden@hotmail.com
4

5   Attorney for Defendant
    RAUL ARREOLA-MONTES
6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                  (HON. ROGER T. BENITEZ)

11   UNITED STATES OF AMERICA,          )   Crim. Case No. 07CR3208-BEN
                                        )
12                   Plaintiff,         )
                                        )
13   v.                                 )   JOINT MOTION TO CONTINUE
                                        )   MOTION HEARING
14   RAUL ARREOLA-MONTES,               )
                                        )
15                   Defendant.         )
     _____)

16

17          Additional time being necessary in preparation for pretrial motions, IT IS HEREBY

18   AGREED BETWEEN THE PARTIES, Gerald T. McFadden, counsel for RAUL ARREOLA-

19   MONTES, along  with Assistant United States Attorney Nicole A. Jones, that the pretrial motion

20   hearing scheduled for February 25, 2008, at 2:00 p.m. be continued until April 1, 2008, at 2:00 p.m.

21   in order to provide time for defense review of the A file materials and the deportation tape. There is a

22   discovery motion and a motion to suppress on file and the date has already been cleared with the

23   courtroom deputy.

24

25   Dated: February 15, 2008        /s/ Gerald T. McFadden_____
                                     GERALD T. McFADDEN
26                                   Attorney for Defendant RAUL ARREOLA-MONTES
                                     gtmfadden@hotmail.com
27

28   Dated: February 15, 2008        /s/ Nicole A. Jones_____
                                     NICOLE A. JONES
                                     Assistant United States Attorney
                                     Attorney for Plaintiff UNITED STATES OF AMERICA
                                     Nicole.Jones@usdoj.gov