1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                        (HON. ROGER T. BENITEZ)

11 UNITED STATES OF AMERICA,           )   Crim. Case No. 07CR3208-BEN
                                       )
12                  Plaintiff,         )
                                       )
13 v.                                  )   JOINT MOTION TO CONTINUE
                                       )   MOTION HEARING
14 RAUL ARREOLA-MONTES,                )
                                       )
15                  Defendant.         )
                                       )
16

17      Additional time being necessary in preparation for pretrial motions, IT IS HEREBY

18 AGREED BETWEEN THE PARTIES, Gerald T. McFadden, counsel for RAUL ARREOLA-

19 MONTES, along with Assistant United States Attorney Nicole A. Jones, that the pretrial motion

20 hearing scheduled for April 1, 2008, at 2:00 p.m. be continued until April 18, 2008, at 2:00 p.m. in

21 order to provide additional time for defense review of the A file materials and the deportation tape.

22 There is a discovery motion and a motion to suppress on file and the date has already been cleared

23 with the courtroom deputy.

24

25 Dated: March 18, 2008          /s/ Gerald T. McFadden
                                  GERALD T. McFADDEN
26                                Attorney for Defendant RAUL ARREOLA-MONTES
                                  gtmfadden@hotmail.com
27

28 Dated: February 15, 2008       /s/ Nicole A. Jones
                                  NICOLE A. JONES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff UNITED STATES OF AMERICA
                                  Nicole.Jones@usdoj.gov