1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       (HON. ROGER T. BENITEZ)

11 UNITED STATES OF AMERICA,    )   Crim. Case No. 07CR3208-BEN
                                )
12         Plaintiff,            )   NOTICE OF MOTION AND MOTION
                                )   TO DISMISS THE INDICTMENT BASED
13 v.                            )   ON INSUFFICIENT ALLEGATIONS,
                                )   VAGUENESS, AND DUPLICITY
14 RAUL ARREOLA-MONTES,          )
                                )
15         Defendant.            )   NCD:  April 18, 2008
   _____ )         at 2:00 p.m.
16

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
         NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY
18

19     PLEASE TAKE NOTICE that on Tuesday, April 18, 2008, at 2:00 p.m., or as soon thereafter

20 as counsel may be heard, the defendant, RAUL ARREOLA-MONTES, through his appointed

21 counsel, Gerald T. McFadden, will bring the following motion.

22                                    **MOTION**

23     The defendant, RAUL ARREOLA-MONTES, by and through his appointed counsel, Gerald

24 T. McFadden, and pursuant to the provisions of Rules 7, 8, 12 and 16 of the Federal Rules of

25 Criminal Procedure and the Fifth and Sixth Amendments to the United States' Constitution, hereby

26 moves this Court:  to dismiss the charge of 8 U.S.C. § 1326(b) in the indictment based on

27 insufficient allegations, vagueness and duplicity.

28     This motion is based upon the instant motion and notice of motion, the attached

                                         1

1 | statement of facts and points and authorities in support of this motion, and any and all matters that
2 | may come to the Court's attention prior to or at the time of the hearing of this motion.
3 |                                 Respectfully submitted,

5 | Dated: April 4, 2008                s/Gerald T. McFadden
6 |                                             GERALD T. McFADDEN, Attorney for
                                            Defendant RAUL ARREOLA-MONTES
                                            E-mail: gtmcfadden@hotmail.com