GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmfadden@hotmail.com

Attorney for Defendant
RAUL ARREOLA-MONTES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 07CR3208-BEN |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| RAUL ARREOLA-MONTES, ) | |
| Defendant. ) | NCD: April 18, 2008 at 2:00 p.m. |

IT IS HEREBY CERTIFIED THAT:

I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 2366 Front Street, San Diego, California 92101.

I am not a party to the above-entitled action.  I have caused service of the NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT BASED ON INSUFFICIENT ALLEGATIONS, VAGUENESS, AND DUPLICITY; STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION; and CERTIFICATE OF SERVICE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Assistant United States Attorney NICOLE ACTON JONES.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2008.

s/Gerald T. McFadden
GERALD T. McFADDEN, Attorney for
Defendant RAUL ARREOLA-MONTES
E-mail:  gtmcfadden@hotmail.com