1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      (HON. ROGER T. BENITEZ)

11 UNITED STATES OF AMERICA,    )    Crim. Case No. 07CR3208-BEN
                                )
12              Plaintiff,      )    NOTICE OF MOTION AND
                                )    MOTION TO SHORTEN TIME
13 v.                           )
                                )
14 RAUL ARREOLA-MONTES,         )
                                )
15              Defendant.      )    NCD: April 18, 2008
   _____)          at 2:00 p.m.
16

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
         NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY
18

19       PLEASE TAKE NOTICE that the defense requests leave to file the Notice of Motion and

20 Motion to Dismiss the Indictment Based on Invalid Removal two days late such that motion may be

21 filed on today's date, April 6, 2008, on the ground that defense counsel underestimated the time

22 required for the final preparation of the motion.

23

24                                      Respectfully submitted,

25

26 Dated: April 6, 2008                 s/Gerald T. McFadden
                                        GERALD T. McFADDEN, Attorney for
27                                      Defendant RAUL ARREOLA-MONTES
                                        E-mail: gtmcfadden@hotmail.com
28