1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                          (HON. ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,    )    Crim. Case No. 07CR3208-BEN
                                 )
12              Plaintiff,       )    CERTIFICATE OF SERVICE
                                 )
13  v.                           )
                                 )
14  RAUL ARREOLA-MONTES,         )
                                 )
15              Defendant.       )    NCD:  April 18, 2008
    _____)          at 2:00 p.m.
16

17   IT IS HEREBY CERTIFIED THAT:

18      I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years
    of age.  My business address is 2366 Front Street, San Diego, California 92101.
19

20      I am not a party to the above-entitled action.  I have caused service of the NOTICE OF
    MOTION AND MOTION TO SHORTEN TIME and CERTIFICATE OF SERVICE on the
21  following parties by electronically filing the foregoing with the Clerk of the District Court using its
    ECF System, which electronically notifies them
22

23      1.    Assistant United States Attorney NICOLE ACTON JONES.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on April 6, 2008.

26  Dated: April 6, 2008                    s/Gerald T. McFadden
                                            GERALD T. McFADDEN, Attorney for
27                                          Defendant RAUL ARREOLA MONTES
                                            E-mail: gtmcfadden@hotmail.com
28