```
 1  GERALD T. McFADDEN (SBN 87446)
    Attorney at Law
 2  2366 Front Street
    San Diego, CA  92101
 3  (619) 338-0507
    E-mail:  gtmfadden@hotmail.com
 4

 5  Attorney for Defendant
    RAUL ARREOLA-MONTES
 6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 07CR3208-BEN |
|        Plaintiff, ) | NOTICE OF MOTION AND MOTION |
| ) | TO DISMISS THE INDICTMENT BASED |
| v. ) | ON INVALID REMOVAL |
| ) | |
| RAUL ARREOLA-MONTES, ) | |
| ) | |
|        Defendant. ) | NCD:  April 18, 2008 |
| _____ ) |       at 2:00 p.m. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
      NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Friday, April 18, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, RAUL ARREOLA-MONTES, through his appointed counsel, Gerald T. McFadden, will bring the following motion.

**MOTION**

The defendant, RAUL ARREOLA-MONTES, by and through his appointed counsel, Gerald T. McFadden, and pursuant to the provisions of Rule 12 of the Federal Rules of Criminal Procedure and the Fifth Amendment to the United States' Constitution, hereby moves this Court:  to dismiss the indictment because the underlying removal proceeding on or about March 1, 2007, violated the defendant's right to due process of law.

This motion is based upon the instant motion and notice of motion, the attached

1

1 | statement of facts and points and authorities in support of this motion, and any and all matters that
2 | may come to the Court's attention prior to or at the time of the hearing of this motion.

3 |                                  Respectfully submitted,

5 | Dated: April 6, 2008              s/Gerald T. McFadden
6 |                                   GERALD T. McFADDEN, Attorney for
                                      Defendant RAUL ARREOLA-MONTES
                                      E-mail: gtmcfadden@hotmail.com