1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA 92101
3  (619) 338-0507
   E-mail: gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    (HON. ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA, )        Crim. Case No. 07CR3208-BEN
                              )
12               Plaintiff,   )        DEFENSE EXHIBITS IN SUPPORT OF
                              )        MOTION TO DISMISS INDICTMENT
13  v.                        )        BASED ON INVALID REMOVAL
                              )
14  RAUL ARREOLA-MONTES,      )
                              )
15               Defendant.   )        NCD:  April 18, 2008
                              )              at 2:00 p.m.
16

17  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
           NICOLE ACTON JONES, ASSISTANT UNITED STATES ATTORNEY
18

19

20

21

22

23

24                                     Respectfully submitted,

25

26  Dated:  April 7, 2008              s/Gerald T. McFadden
                                       GERALD T. McFADDEN, Attorney for
27                                     Defendant RAUL ARREOLA MONTES
                                       E-mail: gtmcfadden@hotmail.com
28

                                    1

1

TABLE OF CONTENTS

2

3    A.    INS Notice to Appeal dated February 22, 2007.

4

5    B.    Order of Immigration Judge in Removal Proceedings dated March 1, 2007.

6

7    C.    Page 2 of Sworn Statement of Defendant of May 27, 2006.

8

9    D.    Declaration of Counsel in Support of Motion to Dismiss Indictment dated April 7, 2008.

10

11    E.    Declaration of Marina Trinidad Cruz dated April 3, 2008.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## In removal proceedings under section 240 of the Immigration and Nationality Act

Case#ECC070100281
File No: A98 267 373
CDC: V96566
Rel Date: 03/05/2007

In the Matter of:

Respondent:   MONTES, Raul Arreola      AKA: Raul Montes
Currently residing at   C/O California Department of Corrections
(Number, street, city, state and ZIP code)

DHS/Immigration & Customs Enforcement
Institutional Removal Program
7018 Blair Road
Calipatria CA 92233 (no number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

☐ 4. You are not a citizen or national of the United States.

☐ 5. You are a native of Mexico and a citizen of Mexico.

☐ 6. You entered the United States at or near Nogales, Arizona, on or about 06/14/2006.

☐ 7. You were not then admitted or paroled after inspection by an Immigration Officer.

☐ 8. You were, on 07/06/2006, convicted in the Superior Court of California, County of San Francisco for the offense of Possession of Methamphetamine For Sale, in violation of Section 11378 of the California Health and Safety Code;

☐ 9. For that offense, you were sentenced to confinement for a period of 1 year 4 months.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at anytime or place other than as designated by the Attorney General.

212(a)(2)(A)(i)(II) of the Immigration and Nationality Act, as amended, as an alien who has been convicted of, or admits having committed, or admits committing acts which constitute the essential elements of, a violation or a conspiracy or attempt to violate any law or regulation of a state, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substance Act, 21 U.S.C. 802.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

To be set
(Complete Address of Immigration court, Including room Number, if any)

On  MAR 1 2007  at 08:00 a.m.  to show why you should not be removed from the United States based on the charge(s) set forth above.
(Date)   (Time)

Joel Mata Jr.
Supervisory Detention and Deportation Officer
(Signature and Title of Issuing Officer)
Calipatria, California
(City and State)

Date:   FEB 2 3 2007

See reverse for important information

Form I-862 (Rev. 4-1-97)

0059

EXHIBIT A

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

In the Matter of:                        Case No.:  A98-267-373
MONTES, RAUL ARREOLA
V96566 (VIDEO)

                                Docket:  CALIPATRIA STATE PRISON

RESPONDENT                          IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the
respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

IT IS HEREBY ORDERED that the respondent be removed from the United States to
MEXICO                   on the charge(s) contained in the Notice to Appear.

It is FURTHER ORDERED that if the aforenamed country advises the Attorney
General that it is unwilling to accept the respondent into its territory or
fails to advise the Attorney General within 30 days following original
inquiry whether it will or will not accept respondent into its territory,
respondent shall be removed to _____.

If you fail to appear for removal at the time and place ordered by the INS,
other than because of exceptional circumstances beyond your control (such as
serious illness of the alien or death of an immediate relative of the alien,
but not including less compelling circumstances), you will not be eligible for
the following forms of relief for a period of ten (10) years after the date
you were required to appear for removal:
      (1)  Voluntary departure as provided for in section 240B of the
           Immigration and Nationality Act;
      (2)  Cancellation of removal as provided for in section 240A of the
           Immigration and Nationality Act; and
      (3)  Adjustment of status or change of status as provided for in section
           245, 248 or 249 of the Immigration and Nationality Act.

                              DENNIS R. JAMES
                              Immigration Judge

Appeal:  RESERVED/WAIVED (A/I/B)        Date:  Mar 1, 2007

                         CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE: ___3/1/07___        BY: COURT STAFF _____
Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other  7X

0058

EXHIBIT B

**U.S. Department of Justice**
Immigration and Naturalization Service

**Continuation Page for Form** I-867A

| Alien's Name RAUL MONTES | File Number A098 267 373 | Date May 27, 2006 |
|---|---|---|

Q: When were you born?
A: 06/16/1981.

Q: Where were you born?
A: Nayarit, Mexico.

Q: Of what country are you a citizen?
A: Mexico.

Q: Of what country are your parents citizens?
A: Mexico.

Q: What is your marital status?
A: I am single.

Q: Do you have children? If so, of what country are they citizens?
A: Yes, I have one child. My child was born Martinez, CA and is a citizen of the United States.

Q: Have either of your parents ever legally immigrated to the United States? If so, when?
A: No.

Q: Have you ever legally immigrated to the United States? If so, when?
A: No.

Q: Did you apply for admission into the United States today (Saturday, May 27, 2006)?
A: Yes.

Q: What entry document did you present to the Inspector?
A: A passport. (Mexican passport)

Q: What is the name on your document?
A: "Juan Contreras."

Q: Is that your name?
A: No.

Q: Was the document lawfully issued to you?
A: No.

Q: How did you obtain the document?
A: I obtained the document from my cousin in Nayarit, Mexico.

Q: For what purpose did you present that document?
A: For entering the United States.

Q: Where would you go in the United States?
A: Concord, CA.

Q: For what purpose would you go to Concord, CA?
A: I would work there. My child is there.

Q: Have you ever lived in the United States? If so, when?
A: Yes, for about five years from 2001 to 2006. ...(CONTINUED ON NEXT PAGE)

| Signature CHRISTOPHER GAN | Title CBP |
|---|---|

Form I-831 Continuation Page (Rev. 6/12/92)

X R.M.A

2 of 4 Pages

0098

EXHIBIT C

1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA 92101
3  (619) 338-0507
   E-mail: gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    (HON. ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,  )      Crim. Case No. 07CR3208-BEN
                               )
12            Plaintiff,       )      DECLARATION OF COUNSEL
                               )      IN SUPPORT OF MOTION
13  v.                         )      TO DISMISS INDICTMENT
                               )
14  RAUL ARREOLA-MONTES,       )
                               )
15            Defendant.       )      NCD:  April 18, 2008
                               )            at 2:00 p.m.
16

17       I, Gerald T. McFadden, hereby state, under penalty of perjury that,

18       1.    I am appointed counsel for the above-captioned defendant.

19       2.    The relevant charge by the Immigration and Naturalization Service, entitled Notice to

20  Appear, dated February 22, 2007, alleged that: the defendant was an alien present in the United

21  States who had not been admitted or paroled; was a citizen of Mexico who had entered the United

22  States on or about June 14, 2006, and was not then admitted or paroled after inspection by an

23  Immigration Officer; the defendant was convicted on July 6, 2006, in the Superior Court of

24  California, County of San Francisco, for the offense of possession of methamphetamine for sale in

25  violation of Section 11378 of the California Health & Safety Code and was sentenced to 1 year and 4

26  months in prison; based on documents provided by the government in this case and which Notice is

27  Exhibit A of these Exhibits.

28       3.    I listened to the tape of the defendant's removal hearing held on or about March 1,

                                    1                    EXHIBIT D

2007, which was the basis of the defendant's removal; and which was provided by the government in this case. The removal proceeding involved about 22 respondents and was conducted via video link by the Immigration Judge. The proceeding was conducted in English and interpreted for the defendant. The defendant was not represented by counsel.

The Immigration Judge advised all respondents that he would examine their cases to see if any ground for relief from removal existed and would advise of such grounds and they could decide if wished to apply.

The Immigration Judge elicited admission to the allegations set out in paragraph 2 above. The Immigration Judge questioned the defendant regarding his immigration status and established that the defendant was undocumented and not a lawful permanent resident. The Immigration Judge did not ask any questions regarding the defendant's personal or familial circumstances. The Immigration Judge advised the defendant that he did not qualify for any relief based on an aggravated felony conviction; and, the Immigration Judge did not advise the defendant of the right to apply for discretionary relief from deportation or any form of discretionary relief. The Immigration Judge ordered the defendant removed and deported to and then established that the defendant did not wish to appeal. (Exhibit B.)

4.    A prior sworn statement of the defendant taken by an officer of the United States Immigration and Naturalization Service on May 27, 2006, was a part of and in the defendant's A file as of the time of the removal hearing on or about March 1, 2007.

This statement set out that the defendant had a United States citizen child who lived in Concord, California, and that defendant had lived in the United States from 2001 to 2006. (Page 2 of Sworn Statement of Defendant of May 27, 2006, is Exhibit C.)

Respectfully submitted,

Dated: April 7, 2008

s/Gerald T. McFadden
GERALD T. McFADDEN, Attorney for
Defendant RAUL ARREOLA MONTES
E-mail: gtmcfadden@hotmail.com

2

PAGE 02/03
04/02/2008  21:44    395872                    D F GARRETTSON HOUSE

1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA 92101
3  (619) 338-0507
   E-mail: gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RAUL ARREOLA-MONTES
6

7

8              UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10              (HON. ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,  )    Crim. Case No. 07CR3208-BEN
                               )
12              Plaintiff,     )    DECLARATION OF
                               )    MARINA TRINIDAD CRUZ
13  v.                         )
                               )
14  RAUL ARREOLA-MONTES,       )
                               )
15              Defendant.     )    NCD: April 18, 2008
                               )         at 2:00 p.m.
16

17      I, Marina Trinidad Cruz, hereby state, under penalty of perjury, that:

18      1.    I am the common law wife of RAUL ARREOLA-MONTES, who is charged in case

19            number 07CR3208-BEN in federal court in San Diego with being a deported alien

20            found in the United States after deportation.

21      2.    I am a United States citizen. I was born in Los Angeles, California. I am 31 years old.

22      3.    I met Raul through family. Our relationship began in 2002. Through 2004, Raul lived

23            part of the time with a cousin and part of the time with my sister and myself. The

24            residences were close to one another. As of January 2005, Raul lived with me and the

25            children other than when in custody or sent to Mexico.

26      4.    I have three children from a prior relationship — Teresita (DOB: 3/15/95; age 13),

27            who was born in Moreno Valley, CA and is a United States citizen; Juan (DOB:

28            12/19/98; age 9), who was born in Martinez, CA and is a United States citizen; and,

                                1

                                    EXHIBIT E

04/02/2008  21:44      395872                    D F GARRETTSON HOUSE

1   Xitally (DOB: 3/14/01; age 7), who was born in Martinez, CA and is a United States
2   citizen.
3   Their biological father is not a significant part of their lives.
4   Raul truly treats them as his own children and they consider Raul their father. The
5   children call Raul dad.
6   As Mr. McFadden reminds me, I said in a earlier telephone call with him that : "Raul
7   was always the one there for them" ... "Raul is a good dad" ... "Taking over the
8   responsibility of 3 kids - not his, he is a great dad". I meant all that then and mean all
9   that now and it's true.
10  Teresita is particularly close to Raul. She is most comfortable talking to him about
11  problems. Raul is firm but understanding with her.
12  Raul always is in touch with the children even when in custody or when sent to
13  Mexico. Even during those times, he talks to the children frequently by phone - at
14  least once a week. The children speak to Raul about their daily lives - their high
15  points and their low points.
16  5.  Raul and I have one child together - Raul Montes, Jr. (DOB: 9/21/04, age 3) who was
17      born in Martinez, CA and is a United States citizen.
18  6.  The lack of Raul's presence is emotionally hard on all the children and on me. It is a
19      financial hardship as well.
20  7.  In conversations since his recent arrest, Raul has committed to me that he will not
21      come back to the United States when he is released. I have convinced him that he
22      does the least good for the children and me when he is in prison.
23  8.  I realize that Raul has made mistakes but he is a good person.
24  9.  Raul and I plan to marry and I have asked Mr. McFadden to find out how we can do
25      that while Raul is in prison. The children and I will go to Mexico with Raul when he
26      is released.
27  Executed this 3rd day of April, 2008, at Banning, California.

28                                      
                                        MARINA TRINIDAD CRUZ

                                        2

04/03/2008 14:10 FAX 9512223343        Ace Color Services                    @002