# EXHIBIT 1

U.S. Department of Justice
Immigration and Naturalization Service

**Final Administrative Removal Order**

## FINAL ADMINISTRATIVE REMOVAL ORDER
## UNDER SECTION 238(b) OF THE
## IMMIGRATION AND NATIONALITY ACT

Case No: SFR0605000021
File No: A098 267 373

Date: May 1, 2006

To: Raul Arreola MONTES
Address: ICE CUSTODY 630 SANSOME ST, SAN FRANCISCO CALIFORNIA 94111
(Number, street, city, state and ZIP code)

Telephone: _____
(Area code and phone number)

### ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Service Officer of the Immigration and Naturalization Service, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence. I further find that you have a final conviction of an aggravated felony as defined in section 101(a)(43) of the Act, 8 U.S.C. 1101(a)(43), and are ineligible for any relief from removal that the Attorney General may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii). By the power and authority vested in the Attorney General and in me as the Attorney General's delegate under the laws of the United States, I find you deportable as charged and order that you be removed from the United States to
Mexico _____ or to any alternate country prescribed in section 241 of the Act.

TIMOTHY AITKEN
(Signature of Authorized INS Official)

DFOD
(Title of official)

05/02/06
(Date and office location)

Petition for review: ☐ Waived by respondent.
☐ Reserved by respondent.

### Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above named individual.

MAY 02, 2006      SAN FRANCISCO, CALIFORNIA
(Date, time, place and manner of service)

STEPHEN BENITZHAR
(Signature and title of officer)

## In removal proceedings under section 238(b) of the Immigration and Nationality Act

Case No: SFR0605000021
File No: A098 267 373

To: Raul Arreola MONTES

Address: ICE CUSTODY 630 SANSOME ST. SAN FRANCISCO CALIFORNIA 94111
(Number, Street, City, State and ZIP code)

Telephone: _____
(Area Code and Phone Number)

Pursuant to section 238(b) of the Immigration and Nationality Act (Act), 8 U.S.C. 1228(b), the Immigration and Naturalization Service (Service) has determined that you are amenable to expedited administrative removal proceedings. The determination is based on the following allegations:

1. You are not a citizen or national of the United States.
2. You are a native of MEXICO and a citizen of MEXICO.
3. You entered the United States (at)(near) _____ on or about unknown date.
4. At that time you entered Nogales, Arizona.
5. You are not lawfully admitted for permanent residence.
6. You were, on August 31st, 2005, convicted in the Superior _____ Court County of Contra Costa for the offense of Possess. Cont. Substance for Sale in violation of Health and Safety Code 11378 for which the term of imprisonment imposed was 1 year and 4 months confinement in San Quentin State prison.

Charge:
You are deportable under section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii) as amended, because you have been convicted of an aggravated felony as defined in section 101(a)(43) of the Act, 8 U.S.C. 1101(a)(43).

Based upon section 238(b) of the Act, the Service is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

Your Rights and Responsibilities:
You may be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, you may contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Service address provided on the other side of this form within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). The Service must RECEIVE your response within that time period.

In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Service will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or, if you fear torture in any specific country or countries, you may request withholding of removal under section 241(b)(3) of the Act or withholding/deferral of removal under the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent your removal to a safe country.

You may seek judicial review of any final administrative order by filing a petition for review within 14 calendar days after the date such final administrative order is issued, or you may waive such appeal by stating, in writing, your desire not to appeal.

SDDO _____  San Francisco CA  MAY 01, 2006
(Signature and Title of Issuing Officer) (City and State of Issuance) (Date and Time)

Form I-851 (Rev. 5-19-99)N

Certificate of Service

I served this Notice of Intent. I have determined that the person served with this document is the individual named on the other side of this form.

STEPHEN BENITZHAR
IMMIGRATION ENFORCEMENT AGENT                             MAY 01, 2006
(Signature and Title of Officer)                          (Date and Manner of Service)

☑ I explained and/or served this Notice of Intent to the alien in the _____English_____ language.
Name of Interpreter _____
Location/Employer _____

**I Acknowledge that I Have Received this Notice of Intent to Issue a Final Administrative Removal Order**

_Raul Montes_                                    _5/1/06_
(Signature of Respondent)                        (Date and Time)

☐ Alien refused to acknowledge receipt of this document.

STEPHEN BENITZHAR
IMMIGRATION ENFORCEMENT AGENT                             MAY 01, 2006
(Signature and Title of Officer)                          (Date and Time)

**I Wish to Contest and/or Request Withholding of Removal**

☐ I contest my deportability because: *(Attach any supporting documentation):*

　☐ I am a citizen or national of the United States.
　☐ I am a lawful permanent resident of the United States.
　☐ I was not convicted for the criminal offense described in allegation number 6 above.
　☐ I am attaching documents in support of my rebuttal and request for further review.

☐ I request withholding or deferral of removal to _____ [Name(s) of Country or Countries]:

　☐ Under section 241(b)(3) of the Act, because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.
　☐ Under the Convention Against Torture, because I fear torture in that country or those countries.

_____    _____    _____
(Signature of Respondent)   (Printed Name of Respondent)   (Date and Time)

**I Do Not Wish to Contest or Request Withholding of Removal**

☑ I admit the allegations and charge in this Notice of Intent. I admit that I am deportable and acknowledge that I am not eligible for any form of relief from removal. I waive my right to rebut and contest the above charges and my right to file a petition for review of the Final Removal Order. I do not wish to request withholding or deferral of removal. I wish to be removed to _____.

☑ I also waive the 14 day period of execution of the Final Removal Order.

_Raul Montes_            _Raul Montes_            _5/1/06_
(Signature of Respondent)   (Printed Name of Respondent)   (Date and Time)

_____    _____    _____
(Signature of Witness)      (Printed Name of Witness)      (Date and Time)

**RETURN THIS FORM TO:**
United States Department of Justice
Immigration and Naturalization Service

ATTENTION:
The Service office at the above address must **RECEIVE** your response within 10 calendar days from the date of service of this notice (or 13 calendar days if service is by mail).

Form I-851 (Rev. 5-19-99)N