# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Raul Arreola MONTES,<br><br>Defendant | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **September 2, 2007** within the Southern District of California, defendant, **Raul Arreola MONTES**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **September 2007**

Cathy Ann Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION RE:
**Raul Arreola MONTES**

## PROBABLE CAUSE STATEMENT

On September 2, 2007 at approximately 6:30 PM, while conducting Border Patrol duties, Border Patrol Agent (BPA) E. Carrillo responded to a citizen's report at Matolla's Ranch on the Madre Grande Truck Trail approximately six miles west and five miles north of the Tecate, CA Port of Entry. BPA Carrillo encountered a single individual upon arriving at Matolla's Ranch. BPA Carrillo approached the individual and identified himself as a United States Border Patrol Agent. BPA Carrillo questioned the individual as to his country of citizenship. The individual freely admitted to being a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. The individual, later identified as the defendant **Raul Arreola MONTES,** was subsequently arrested and transported to the State Route 94 Brown Field Border Patrol Checkpoint for processing.

Routine record checks revealed that the defendant has a criminal and immigration record. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 5, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. He stated that he is a citizen of Mexico. The defendant stated that he does not have immigration documents and that he was deported to Mexico and did not apply for permission to re-enter the United States prior to his entry. The defendant also stated that he crossed into the United States by walking through the mountains near Tecate, California.