1   GERALD T. McFADDEN (SBN 87446)
    Attorney at Law
2   2366 Front Street
    San Diego, CA  92101
3   (619) 338-0507
    E-mail:  gtmfadden@hotmail.com
4

5   Attorney for Defendant
    RAUL ARREOLA-MONTES
6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                   (HON. ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,          )   Crim. Case No. 07CR3208-BEN
                                       )
12                    Plaintiff,       )
                                       )
13  v.                                 )   JOINT MOTION TO CONTINUE
                                       )   MOTION HEARING
14  RAUL ARREOLA-MONTES,               )
                                       )
15                    Defendant.       )
    _____)

16

17         Additional time being necessary in preparation for pretrial motions, IT IS HEREBY

18  AGREED BETWEEN THE PARTIES, Gerald T. McFadden, counsel for RAUL ARREOLA-

19  MONTES, along  with Assistant United States Attorney Nicole A. Jones, that the pretrial motion

20  hearing scheduled for April 18, 2008, at 2:00 p.m. be continued until April 28, 2008, at 2:00 p.m. in

21  order to allow defense counsel to attend to an unexpected familial duty on April 18. There are several

22  motions on file and the date has already been cleared with the courtroom deputy.

23

24  Dated: April 14, 2008         /s/ Gerald T. McFadden
                                  GERALD T. McFADDEN
25                                Attorney for Defendant RAUL ARREOLA-MONTES
                                  gtmfadden@hotmail.com
26

27  Dated: April 14, 2008         /s/ Nicole A. Jones
                                  NICOLE A. JONES
28                                Assistant United States Attorney
                                  Attorney for Plaintiff UNITED STATES OF AMERICA
                                  Nicole.Jones@usdoj.gov