

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| RAUL ARREOLA-MONTES | CASE NUMBER: 07CR3208-BEN |

I, RAUL ARREOLA-MONTES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) and two counts of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _7/1/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

wvr 1325_3ctMF.wpd