GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmfadden@hotmail.com

Attorney for Defendant
RAUL ARREOLA-MONTES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 07CR3208-BEN |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE SENTENCING  HEARING |
| RAUL ARREOLA-MONTES, | |
| Defendant. | |

Additional time being necessary in preparation for sentencing, IT IS HEREBY AGREED BETWEEN THE PARTIES, Gerald T. McFadden, counsel for RAUL ARREOLA-MONTES, along with Assistant United States Attorneys Robert Ciaffa and Nicole A. Jones, that the sentencing hearing scheduled for September 15, 2008, at 9:00 a.m. be continued until September 29, 2008, at 9:00 a.m. in order to allow defense counsel to have access to the defendant. The date has already been cleared with the courtroom deputy.

Dated: September 9, 2008        /s/ Gerald T. McFadden
                                GERALD T. McFADDEN
                                Attorney for Defendant RAUL ARREOLA-MONTES
                                gtmfadden@hotmail.com

Dated: September 9, 2008        /s/ Robert Ciaffa
                                ROBERT CIAFFA
                                Assistant United States Attorney
                                Attorney for Plaintiff UNITED STATES OF AMERICA
                                Robert.Ciaffa@usdoj.gov